Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Plaintiff, | ) **COUNT 1:** |
| | ) **POSSESSION OF MARIJUANA** |
| vs. | ) Violation of 21 U.S.C. 844. |
| RONALD JONES, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

That on or about March 23, 2006, at or near Elmendorf Air Force Base, Alaska, in the District of Alaska, the defendant, RONALD JONES, did,

without authority, commit a Class A Misdemeanor by knowingly or intentionally possessing marijuana on or about his person, while within the jurisdiction of Elmendorf Air Force Base, Alaska, in violation of 21 U.S.C. 844.

DATED this 18th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMTIH
Acting United States Attorney

s/ Capt Peter S. Kezar
CAPT PETER S. KEZAR
Special Asst. U.S. Attorney
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048