## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  RONALD JONES  </u>

THE HONORABLE JOHN D. ROBERTS

D<small>EPUTY</small> C<small>LERK</small>                                        CASE NO.  <u> 3:06-cr-00037-JWS </u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: April 19, 2006

**ARRAIGNMENT** on an Information ENDFIELD in the above-captioned case is hereby set for **<u>Tuesday, May 23, 2006, at 9:30 a.m.,</u>** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}