ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED

MAY 17 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

RONALD JONES

SUMMONS IN A CRIMINAL CASE

Case Number: 3:06-cr-00037-JWS

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Tuesday, May 23, 2006, at 9:30 a.m. |

To answer a(n)
[ ] Indictment   [XX] Information   [ ] Complaint   [ ] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of:
Title 21 United States Code, Section(s) 844

Brief description of offense:
POSSESSION OF MARIJUANA

Ida Romack, Clerk of Court
Signature of Issuing Officer

by [signature] Deputy Clerk
Name and Title of Issuing Officer

April 18, 2006, at Anchorage, AK
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

**RETURN OF SERVICE**

Service was made by me on:[1] Troy L. Meek    Date 5/17/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 7942 Northwind #4 Anchorage, AK 99504

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 5/17/06
Date

RANDY M Johnson
Name of United States Marshal

T.J. Meek
(by) Deputy United States Marshal

Remarks:
5/12/06 - Spoke with Ronald Jones on phone. He stated that he would come by USMS and pick up summons on Monday 5/15/06. TM
5/15/06 - Multiple attempts to get a hold of Ronald Jones on his phone # - no success. TM
5/16/06 - End. - Attempt to serve summons at Northwind address - ∅ success TM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.