MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>RONALD JONES</u>             CASE NO. <u>3:06-cr-00037-JDR</u>
Defendant: <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE:         <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:        <u>CAPTAIN PETER KEZAR</u>

DEFENDANT'S ATTORNEY:          <u>MICHAEL DIENI - APPOINTED</u>

U.S.P.O.:                      <u>BARBARA BURTON</u>

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION
             HELD MAY 23, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:39 a.m. court convened.

<u>X</u> Copy of Information given to defendant: read.

<u>X</u> Defendant advised of general rights, charges, and penalties.
   <u>X</u> Waived full advisement of rights.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.        </u>  Age: <u>  49  </u>

<u>X</u> Financial Affidavit filed.
   <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> PLEAS: Not guilty to count <u>1 of the Information.               </u>

<u>X</u> Consent to be filed by **May 26, 2006** or case shall be
    transferred to U.S. District Judge.

At 9:54 a.m. court recessed until 9:56 a.m.

<u>X</u> Bond set at<u> $5,000.00 unsecured </u>; Appearance Bond **FILED.**

<u>X</u> Order Setting Conditions of Release **FILED.**

CONTINUED ON PAGE 2

DATE:     <u>May 23, 2006</u>        DEPUTY CLERK'S INITIALS:   <u>ak</u>

```
                    CONTINUATION - PAGE 2
                    U.S.A. vs. RONALD JONES
                       3:06-cr-00037-JDR
                ARRAIGNMENT ON MISDEMEANOR INFORMATION
                         May 23, 2006
```

 X Pretrial motions due **June 12, 2006**; Order for the
   Progression of a Criminal Case without Trial by Jury &
   Final Pretrial Date **FILED.**

 X Court advised counsel no trial date has been set. Plaintiff
   unavailable the first week of July 2006. Defense unavailable
   the week of August 5, 2006.

 X OTHER: Parties to meet and confer by the close of business on **May 30, 2006.** Court and counsel heard plaintiff's oral motion to correct the cover sheet to read misdemeanor and not felony; **GRANTED.** Court and counsel heard re plaintiff's oral motion for drug testing as an added condition of release; **GRANTED; MATTER STAYED** until after briefing; defendant's brief due **May 26, 2006;** plaintiff's response due **June 1, 2006.**

At 10:05 a.m. court adjourned.

DATE:      May 23, 2006         DEPUTY CLERK'S INITIALS:     ak