Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-00037-JWS |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATION OF** |
| RONALD JONES, | ) | **DISCOVERY CONFERENCE** |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY GIVES NOTICE TO THE COURT:

That on the 25th day of May 2006, the Government and the Defendant, through his appointed Federal Public Defender Michael Dieni, Esq., held a discovery conference and exchanged all discovery available at this time.

DATED this 25th day of May, 2006, in Anchorage, Alaska.

_____
Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

**CERTIFICATE OF SERVICE**: I hereby certify that on this 30th day of May, 2006, a copy of the foregoing was served electronically on the Public Defender's Office, Michael Dieni, Esq., Attorney for Defendant.

_____
Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney