PETER S. KEZAR
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
3 WG/JA
2817 20th Street, Suite 330
Elmendorf AFB, Alaska 99506-2470
Phone: (907) 552-3048 / Fax: (907) 552-2877

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | **MOTION TO DISMISS** |
|---|---|
| Plaintiff, | |
| v. | CASE NO. 3:06-CR-00037-JWS |
| RONALD JONES | DISTRICT JUDGE |
| | JOHN W. SEDWICK |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff, the United States of

America, by and through its attorney, Captain Peter S. Kezar, hereby moves the Court for an

order dismissing this case, listed above, with prejudice.

DISCUSSION

No period of excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), will occur as a result of the filing or granting of this motion.

This case involves possession of marijuana committed on Elmendorf Air Force Base in violation of 21 U.S.C. 844. Defendant received notice of violation at the time of the offense, 23 March 2006 at about 3:35 a.m., for possession of marijuana. Dismissal is appropriate in this case because subsequent investigation reveals that critical physical evidence was not properly handled by the issuing officers, as reasonably believed before.

A motion to dismiss should be denied only if clearly contrary to manifest public interest. *See generally* United States v. Weber, 721 F.2d 266, 268 (9th Cir. 1983). Defendant's consent is unnecessary because trial has not commenced. United States v. Valencia, 492 F.2d 1071, 1074 (9th Cir. 1974).

DATED this 2nd day of June, 2006.

_____
PETER S. KEZAR
SPECIAL ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically served on Michael Dieni, Esq., Federal Public Defender's Office, Attorney for Defendant, this 2nd day of June 2006.

_____
PETER S. KEZAR
SPECIAL ASSISTANT U.S. ATTORNEY

O R D E R

The Plaintiff, United States of America's Motion to Dismiss and Vacate Trial Date in the case entitled <u>United States of America v. Ronald Jones</u>, Case No. 3:06-CR-00037-JWS is hereby granted, with prejudice.

DATED this _____ day of _____, 2006.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE