MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *RONALD JONES*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 3-06cr00037 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date: June 5, 2006

At docket 16, the magistrate judge recommends that the court grant plaintiff's motion at docket 15 to dismiss the charge against defendant Jones with prejudice. The motion at docket 15 is **GRANTED** for good cause shown. This case is **DISMISSED** with prejudice. The motion at docket 12 is **DENIED as moot**.