Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>RONALD JONES,<br><br>                Defendant. | Case No. 3:06-cr-0037-JWS<br><br>DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS |

        Defendant, Ronald Jones, by and through counsel Michael Dieni, Assistant Federal Defender, non-opposes the government's motion to dismiss with prejudice.

        DATED this 8th day of June, 2006.

                                                  Respectfully submitted,

                                                 FEDERAL PUBLIC DEFENDER
                                                 FOR THE DISTRICT OF ALASKA

                                                 /s/ Michael D. Dieni
                                                 Assistant Federal Defender
                                                 Alaska Bar No. 8606034
                                                 601 West 5th Avenue, Suite 800
                                                 Anchorage, AK  99501
                                                 Ph:  (907) 646-3400
                                                 Fax:  (907) 646-3480
                                                 mike_dieni@fd.org

Certification:

I certify that on June 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Peter S. Kezar, Esq.

/s/ Michael D. Dieni