UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
 )
       Plaintiff, )
 )
v. )  Case No. 3:06-cr-00037 JWS
 )
RONALD JONES, )
 )
       Defendant. )
_____ )

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal with prejudice;
    ____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ____ The jury has returned its verdict, finding the defendant NOT GUILTY;
    __X__ of the offense of Marijuana Possession as charged in count 1 of the Information.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this 7th day of June, 2006.

                                    **REDACTED SIGNATURE**
                                    _____
                                    JOHN W. SEDWICK
                                    United States District Judge

[]{DISCHARG.WPD*Rev.07/03}